```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
NADRECA REID,                                                    :
                                                                 :
                        Plaintiff,                               :
                                                                 :     23 Civ. 2616 (JPC)
              -v-                                                :
                                                                 :         ORDER
NILUU LLC,                                                       :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On May 25, 2023, the Court adjourned Defendant's deadline to respond to the Complaint until June 23, 2023. That deadline has passed, but the docket does not reflect any response to the Complaint from Defendant. Accordingly, Defendant shall respond to the Complaint by June 30, 2023. If Defendant once again fails to do so, Plaintiff shall seek a certificate of default by July 7, 2023.

SO ORDERED.

Dated: June 28, 2023
      New York, New York
                                           JOHN P. CRONAN
                                           United States District Judge